**Jerry BRAY, Plaintiff/Respondent,**

v.

**Charley JORDAN, Defendant/Appellant,**

and

**Clifford Francis and June Francis, his wife, Defendants.**

#### No. ED 78119.

Missouri Court of Appeals, Eastern District, Division Five.

June 26, 2001.

Robin E. Fulton, Schnapp, Fulton, Fall, Silvey & Reid, L.L.C., Fredericktown, MO, for respondent.

Lenzie L. Leftridge, Jr., Park Hills, MO, for appellant.

Before MARY K. HOFF, C.J., KATHIANNE KNAUP CRANE, J., and ROBERT O. SNYDER, Sr. J.

### *ORDER*

PER CURIAM.

This is an appeal from a judgment quieting title and granting injunctive relief. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).